FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 09, 2022**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA S.,<br><br>          Plaintiff,<br>     v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,<br><br>          Defendant. | No: 2:21-CV-00150-LRS<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND |

BEFORE THE COURT is the parties' Stipulated Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 21. The Plaintiff is represented by Attorney D. James Tree. The Defendant is represented by Special Assistant United States Attorney David J. Burdett.

After consideration, **IT IS HEREBY ORDERED** that the Stipulated Motion to Remand, **ECF No. 21**, is **GRANTED**. The Commissioner's final decision is reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand to the Commissioner of Social Security, the Appeals Counsel shall remand this case to the Administrative Law Judge

ORDER ~ 1

(ALJ). On remand, the ALJ will conduct a new hearing, reevaluate the medical and the testimonial evidence, reevaluate the limitations associated with the claimant's migraines and fibromyalgia, proceed with the sequential evaluation process, and issue a new decision on the issue of whether the claimant was disabled prior to August 1, 2018. Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

It is **FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment, **ECF No. 16**, is **DENIED** as moot, given the parties' motion for remand.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel, enter judgment in favor of the Plaintiff, and **CLOSE** the file.

**DATED** March 9, 2022.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER ~ 2